HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
SALVADOR DEGORTARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>SALVADOR DEGORTARI,<br><br>*Defendant.* | Case No. 1:11-cr-00292- LJO<br><br>**AMENDED**<br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE; [~~PROPOSED~~] ORDER<br><br>Date: December 4, 2017<br>Time: 2:00 pm.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney Christopher Baker, counsel for the plaintiff, and

Assistant Federal Defender Andrew Wong, counsel for defendant Salvador Degortari, that the

status conference currently scheduled for December 4, 2017, at 2:00 p.m., may be moved to

January 22, 2018, at 2:00 p.m.

The defense proposes this continuance for effective defense preparation, defense

investigation, and plea negotiation.

///

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 30, 2017          /s/ Christopher D. Baker
                                 CHRISTOPHER D. BAKER
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 30, 2017          /s/ Andrew Wong
                                 ANDREW WONG
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SALVDOR DEGORTARI


## O R D E R

**IT IS SO ORDERED THAT** the 1st Status Conference re Violation of Supervised

Release currently scheduled for December 4, 2017, at 2:00 p.m. before Judge McAuliffe, is

hereby continued to January 22, 2018, at 2:00 p.m. before Judge Boone in Courtroom 9.


IT IS SO ORDERED.

Dated:   **November 30, 2017**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE